UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN J. VALLES,

    Petitioner,

  v.

DONALD R. HOLBROOK,

    Respondent.

C22-1250 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, Chief Magistrate Judge, docket no. 16. Having reviewed the R&R, to which no objections were filed, and the remaining record, the Court hereby finds and ORDERS:

(1)   The R&R, docket no. 16, is ADOPTED.

(2)   Petitioner's federal habeas petition, docket no. 5, is DENIED.

(3)   A certificate of appealability is DENIED in this case. Permission to proceed *in forma pauperis* is GRANTED for the purpose of any appeal.

ORDER - 1

(4)     The Clerk is directed to enter Judgment consistent with this Order, and send copies of the Judgment and this Order to petitioner, respondent's counsel, and Judge Creatura.

Dated this 13th day of February, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 2